DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

JUN -7 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    CHRISTOPHER DAVID and NICOLE MICHELE PACHECO

Chapter 13
Case No. 08-1-2344 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.02 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 007 | SPIIRT OF AMERICA /LANE BRYANT<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | $.02 |

Dated: June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator